IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XOUNG LUU,

     Petitioner,                      No. CIV S-09-0338 MCE EFB P

    vs.

D.K. SISTO, Warden, et al.,

     Respondents.             <u>ORDER</u>

                                    /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 17, 2010, respondents filed a motion to dismiss. On September 30, 2010, the court ordered petitioner to file either an opposition or a statement of no opposition to the motion to dismiss. On October 25, 2010, petitioner filed a letter with the court requesting clarification. Petitioner states that he did not receive the August 17, 2010 motion to dismiss and therefore cannot respond to it.

        Accordingly, it hereby is ORDERED that:

        1. Within fourteen days of the date of this order, respondents shall mail another copy of the motion to dismiss to petitioner at his current address.

////

////

1

2. Within forty days of the date of this order, petitioner shall file an opposition or a statement of no opposition to the motion to dismiss.

DATED: November 10, 2010.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE